

**U.S. COMMODITY FUTURES TRADING COMMISSION**
140 Broadway
New York, New York 10005
Telephone: (646) 746-9733
Facsimile: (646) 746-9940

Division of
Enforcement

*SEPT 14 2005*

BROOKLYN OFFICE

September 7, 2005

**BY FACSIMILE**
The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11202

Granted.
So ordered
s/John Gleeson
USDJ
9-7-05

Re: *CFTC v. Stuart Pippin*, Case No. CV 05 4120 (JG)

Your Honor:

I am a Trial Attorney for the U.S. Commodity Futures Trading Commission, Plaintiff in the above captioned matter.

The parties in this matter are scheduled to appear before Your Honor tomorrow at 11:30 A.M. on the Commission's motion to convert the *ex parte* statutory restraining order issued by the Court on Monday, August 29, 2005 into a preliminary injunction.

I have been in contact with the Defendant, and we have agreed in principle on the terms of a preliminary injunction. Accordingly, we request to be excused from tomorrow's appearance and expect to file a consent order of preliminary injunction with the Court on or before September 15, 2005. Defendant Stuart Pippin has agreed to this request as well.

Thank you for your attention to and consideration of this matter.

Respectfully,

Sheila Marhamati
Trial Attorney

cc: Mr. Stuart Pippin
940 Myrta Street
Kerrville, Texas 78028