

**U.S. COMMODITY FUTURES TRADING COMMISSION**
140 Broadway
New York, New York 10005
Telephone: (646) 746-9733
Facsimile: (646) 746-9940

Division of
Enforcement

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 8 2006 ★

May 4, 2006

**BY FACSIMILE**
The Honorable Robert Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11202

BROOKLYN OFFICE

Application Granted
SO ORDERED.

s/Robert M. Levy
5/4/06

Re: *CFTC v. Stuart Pippin*, Case No. CV 05 4120 (JG)

Dear Judge Levy:

I am a Trial Attorney for the U.S. Commodity Futures Trading Commission ("Commission"), Plaintiff in the above captioned matter.

On March 7, 2006 during a telephone status conference in the above captioned matter, the Court ordered that the parties may appear before you on May 5, 2006 for a telephone conference "in the event the parties encounter any problems or require court assistance or intervention."

As the parties have successfully settled this matter, and Judge Gleeson has entered the settlement order, it is not necessary for the parties to appear for a conference on May 5, 2006. Accordingly, the Commission respectfully requests that the conference scheduled for May 5, 2006 be canceled.

Thank you for your attention to and consideration of these matters.

Respectfully,

Sheila Marhamati
Trial Attorney

cc:  (by regular and electronic mail)
Mr. Stuart Pippin
305 Water Street, Apartment B3
Kerrville, Texas 78028
sjpippin@yahoo.com

Mr. Daniel Driscoll and Ms. Suzanne Cech
National Futures Association
200 W. Madison, 16th Floor
Chicago, IL 60606
ddriscoll@nfa.futures.org
scech@nfa.futures.org